| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Conti, Joy Flowers | 2. Court or Organization U.S. District Court WDPA | 3. Date of Report 05/10/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Article III Judge | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

5250 US Courthouse
700 Grant Street
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Counselor | W. Edward Sell American Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Ross, Sinclaire & Associates, LLC - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 23-25, 2012 | New York, NY | Annual Dinner in Honor of the Federal Judiciary | Food, Lodging, Transportation, Parking |
| 2. | Pennsylvania Bar Institute | May 11, 2012 | Philadelphia, PA | Pa Bar Institute Symposium | Food, Transportation |
| 3. | Academy of Trial Lawyers of Allegheny County | October 4-5, 2012 | Farmington, PA | Masters of Trial Advocacy Retreat | Food, Lodging, Mileage |
| 4. | George Mason University | October 7-10, 2012 | Arlington, VA | Mason Judicial Education | Food, Lodging, Transportation, Parking |
| 5. | The Sedona Conference | October 10-12, 2012 | Del Mar, CA | 13th Annual Sedona Conference | Food, Lodging, Transportation, Parking |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conti, Joy Flowers | 05/10/2013 |

| | | | | |
|---|---|---|---|---|
| 6. | National Conference of Bankruptcy Judges | October 24-26, 2012 | San Diego, CA | Annual National Conference of Bankruptcy Judges | Food, Lodging. Transportation, Parking |
| 7. | New Jersey State Bar Association | November 14-15, 2012 | East Brunswick, NJ | Bankruptcy Law Annual Dinner | Food, Lodging, Transportation, Parking |
| 8. | American Bankruptcy Institute | November 29 - December 1, 2012 | Tucson, AZ | ABI Winter Leadership Conference | Food, Lodging, Transportation, Parking |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. -Navidea Biopharmaceuticals Stock (formerly Neoprobe Corp) | | None | | | Sold | 12/11/12 | J | C | |
| 3. -Federated PA Muni Service (Money Market) | A | Dividend | J | T | | | | | |
| 4. ROTH IRA ROLLOVER ACCOUNT #1 | D | Int/Div | M | T | | | | | |
| 5. -Pershing Government Money Market Fund | | | | | | | | | |
| 6. -General Motors Accep Corp Smartnotes (7.125% due 8/15/12) | | | | | Matured | 08/15/12 | K | | |
| 7. -General Motors Accep Corp Smartnotes (7.25% due 9/15/17) | | | | | | | | | |
| 8. -Deere & Co Stock | | | | | | | | | |
| 9. -General Motors Accep Corp Smartnotes (7% due 1/15/13) | | | | | | | | | |
| 10. -Lee Street Investors LLC Class B Units | | | | | | | | | |
| 11. -Sanchez Energy Corp Stock | | | | | Spinoff (from line 10) | 08/16/12 | K | | |
| 12. -Boeing Co Stock | | | | | Buy | 01/24/12 | K | | |
| 13. -Prospect Cap Corp Stock | | | | | Buy | 06/07/12 | J | | |
| 14. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 15. -New York Mtg Tr Inc REIT | | | | | Buy | 02/08/12 | J | | |
| 16. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 17. -Newcastle Invt Corp (REIT) | | | | | Buy | 02/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 19. -GDL Fund | | | | | Buy | 01/30/12 | J | | |
| 20. RETIREMENT PLAN #2 | C | Interest | N | T | | | | | |
| 21. -CREF Stock Fund (Part VIII) | | | | | Sold (part) | 12/28/12 | M | | |
| 22. -TIAA Traditional Annuities | | | | | Buy (add'l) | 12/28/12 | L | | |
| 23. -CREF Infl Linked Bond | | | | | Buy | 12/28/12 | K | | |
| 24. -Vanguard Inflat Pro Sec A | | | | | Buy | 12/28/12 | K | | |
| 25. ROTH IRA ROLLOVER ACCOUNT #3 | D | Int./Div. | M | T | | | | | |
| 26. -Pershing Government Money Market Fund | | | | | | | | | |
| 27. -Navidea Biopharmaceuticals Stock (formerly Neoprobe Corp) | | | | | | | | | |
| 28. -Genl Mtrs Accep Corp Smartnotes (7% due 01/15/13) | | | | | | | | | |
| 29. -Knox Cnty, KY Hosp Bond (5.875% due 12/01/36) | | | | | | | | | |
| 30. -Lee Street Investors LLC Class B Units | | | | | | | | | |
| 31. -Sanchez Energy Corp Stock | | | | | Spinoff (from line 30) | 08/16/12 | K | | |
| 32. -Caterpillar, Inc | | | | | Buy (add'l) | 04/17/12 | J | | |
| 33. IRA ROLLOVER ACCOUNT #6 | A | Int./Div. | J | T | | | | | |
| 34. -S&T Bancorp Stock (formerly Gateway Bank Of Pennsylvania) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Janney Advantage Insured Sweep (Money Market) | | | | | Open | 10/10/12 | J | | |
| 36. IMMEDIUS, INC CONV PREFERRED STOCK | | None | | | Sold | 05/18/12 | J | D | |
| 37. IMMEDIUS, INC COMMON STOCK | | None | | | Sold | 05/18/12 | J | D | |
| 38. MELLON BANK: ACCOUNTS | | None | J | T | | | | | |
| 39. CITIZENS BANK: ACCOUNTS | | None | J | T | | | | | |
| 40. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 41. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 42. NORTHWESTERN: WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 43. METROPOLITAN LIFE: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 44. GENERAL AMERICAN: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 45. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 46. METROPOLITAN LIFE: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 47. NORTHWESTERN: WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 48. HUNTINGTON BANK ACCOUNT | | None | K | T | | | | | |
| 49. SIMPLE IRA ACCOUNT #1 | B | Int./Div. | K | T | | | | | |
| 50. -Pershing Government Money Market Fund | | | | | | | | | |
| 51. -UBS AG London BRH Reverse Conv Note (17.08% due 1/4/12) | | | | | Matured | 01/04/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Caterpillar Inc Stock | | | | | Buy | 01/24/12 | J | | |
| 53. | | | | | Buy (add'l) | 01/27/12 | J | | |
| 54. -Nuance Communications Inc Stock | | | | | Buy | 01/24/12 | J | | |
| 55. -Walter Energy Inc Stock | | | | | Buy | 04/19/12 | J | | |
| 56. | | | | | Sold | 06/05/12 | J | | |
| 57. -Facebook Inc Stock | | | | | Buy | 05/21/12 | J | | |
| 58. | | | | | Sold | 05/31/12 | J | | |
| 59. -Prospect Cap Corp Stock | | | | | Buy | 07/11/12 | J | | |
| 60. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 61. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 62. -Federated PA Muni Cash (Money Market) | A | Dividend | K | T | | | | | |
| 63. -Pa St Fin Auth Rev Rfdg Penn Hills Bond (0% due 12/1/23) | | None | J | T | Buy | 01/11/12 | J | | |
| 64. -SLM Corp Ednotes (due 12/15/12) | A | Interest | | | Buy | 02/27/12 | J | | |
| 65. | | | | | Matured | 12/15/12 | J | A | |
| 66. -Harmony Twp Pa Bond (0% due 9/1/13) | | None | K | T | Buy | 08/27/12 | K | | |
| 67. -Canonsburg-Houston Pa Sewer Bond (3.55% due 12/1/14) | A | Interest | K | T | Buy | 11/15/12 | K | | |
| 68. -Cambria Cnty Pa IDA Bond (4% due 10/1/22) | | None | K | T | Buy | 11/27/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information for Part VII (Investments and Trusts):

From prior years:

There is no Retirement Plan # 1

There is no IRA Rollover/Roth IRA Rollover Account # 2, 4 or 5

Current year:

Line 21 - Retirement Plan #2 - CREF Stock Fund:

On 12/28/12 investments in this retirement plan were reallocated among investment choices available. This retirement plan was funded from 1976 through 1982, years before the reporting individual became a Judge. Because this is a retirement plan with no IRS reporting requirement for individual transactions, records do not exist for the original cost basis or subsequent reinvestments of the CREF Stock Fund shares that were transferred into other investments within the plan during 2012. Accordingly, no gain information can be computed or reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joy Flowers Conti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544